1  ANTONY J. McSHANE (*pending* pro hac vice)
   amcshane@nge.com
2  MICHAEL G. KELBER (*pending* pro hac vice)
   mkelber@nge.com
3  KARA C. MICHELS (*pending* pro hac vice)
   kmichels@nge.com
4  NEAL, GERBER & EISENBERG LLP
   Two North La Salle Street, Suite 1700
5  Chicago, IL 60602
   Telephone:  (312) 269-8000
6  Facsimile:  (312) 429-3588

7  KARIN G. PAGNANELLI (SBN 174763)
   kgp@msk.com
8  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
9  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
10 Facsimile: (310) 312-3100

11 Attorneys for Plaintiff
   Lettuce Entertain You Enterprises, Inc.
12

13                UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA
15                       WESTERN DIVISION

16 | LETTUCE ENTERTAIN YOU ENTERPRISES, INC., | CASE NO. 2:24-cv-00347 |
|---|---|
| Plaintiff, | **PLAINTIFF LETTUCE ENTERTAIN YOU ENTERPRISES, INC.'S CORPORATE DISCLOSURES AND CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND LOCAL RULE 7.1-1** |
| v. | |
| 1541 OCEAN LLC AND WEN YEH, | |
| Defendant. | |

Mitchell Silberberg & Knupp LLP
16163705.1

**CORPORATE DISCLOSURES AND CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND LOCAL RULE 7.1-1**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Lettuce Entertain You Enterprises, Inc. ("Lettuce" or "Plaintiff"), by and through its undersigned counsel, certifies that Lettuce Entertain You Enterprises, Inc. has no parent corporation and that no publicly traded corporation owns any of Plaintiff's stock.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff Lettuce Entertain You Enterprises, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Lettuce Entertain You Enterprises, Inc.

1541 Ocean LLC

Wen Yeh

Dated: January 12, 2024

ANTONY J. McSHANE
MICHAEL G. KELBER
KARA C. MICHELS
NEAL, GERBER & EISENBERG LLP

KARIN G. PAGNANELLI
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ *Karin G. Pagnanelli*
Karin G. Pagnanelli (SBN 174763)
Attorneys for Plaintiff
Lettuce Entertain You Enterprises, Inc.

Mitchell Silberberg & Knupp LLP

16163705.1

2

**CORPORATE DISCLOSURES AND CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND LOCAL RULE 7.1-1**